UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARY JO WEIDRICK,<br><br>                    Plaintiff,<br><br>     -against-<br><br>PRESIDENT DONALD J. TRUMP; UNITED STATES ATTORNEY WILLIAM P. BARR; UNITED STATES CONGRESS,<br><br>                    Defendants. | 20-CV-1057 (CM)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued April 27, 2020, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(i).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   April 27, 2020
         New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge